UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NATIONAL ECONOMIC RESEARCH
ASSOCIATES, INC.,

      Plaintiff,

  -against-

PUROLITE "C" CORPORATION d/b/a THE
PUROLITE COMPANY,

      Defendant.
------------------------------------x

Civil Action No.: 08 Civ 7600 (Lynch)

RULE 7.1 STATEMENT

## FEDERAL RULE OF CIVIL PROCEDURE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, National Economic Research Associates, Inc. ("NERA"), hereby states that NERA is a private, non-governmental entity, and that NERA's ultimate corporate parent is Marsh & McLennan Companies, Inc. (MMC), a publicly held company.

Dated: New York, New York
   August 27, 2008

              SEYFARTH SHAW LLP

              By: _____
              Donald R. Dunn, Jr., Esq. (DD-0069)
              SEYFARTH SHAW LLP
              620 Eighth Avenue
              New York, New York 10018-1405
              (212) 218-5500
              email: ddunn@seyfarth.com

NY1 26526419.1