```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NATIONAL ECONOMIC RESEARCH
ASSOCIATES, INC.,

                Plaintiff,

            -against-

PUROLITE "C" CORPORATION d/b/a
THE PUROLITE COMPANY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 08-7600 (GEL)

**ORDER AMENDING CIVIL CASE MANAGEMENT PLAN**

Counsel for the parties having appeared before the Court on May 7, 2009 and having advised the Court of certain discovery issues, and the parties having resolved those issues as directed by the Court, the Civil Case management Plan, dated November 21, 2008, is hereby amended as follows:

1. Responses and objections to previously served first requests for production of documents and requests for admission to be served by August 7, 2009.

2. Party depositions shall be completed by October 1, 2009.

3. Experts shall be designated by the parties on or before December 1, 2009.

4. Expert reports on direct claims shall be served by December 31, 2009.

NY1 26576728.1

5.    Expert Rebuttal reports shall be served by January 29, 2010.

6.    Expert Depositions shall be completed by March 1, 2010.

7.    All discovery shall be completed by April 15, 2010.

8.    The next case management conference, previously scheduled for July 24, 2009, is adjourned to  May 14 , 2010.

9.    Except as modified herein, the Civil Case Management Plan, dated November 21, 2008, remains in full force and effect.


Dated: New York, New York
       July 20, 2009

SO ORDERED

/s/ Gerard E. Lynch

GERARD E. LYNCH
United States District Judge

2