USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NATIONAL ECONOMIC RESEARCH
ASSOCIATES, INC.,

                Plaintiff,

-against-

PUROLITE "C" CORPORATION d/b/a THE
PUROLITE COMPANY,

                Defendant.
------------------------------------------------------------X

08 **CIVIL** 7600 (PGG)

**JUDGMENT**

# 12, 0059

Whereas on March 10, 2011, the Court having granted National Economic Research Associates, Inc. ("NERA") summary judgment on its account stated claim; thereafter, NERA having moved for an order (1) permitting it to amend the Complaint to withdraw its breach of contract and quantum meruit claims without prejudice; and (2) directing the entry of final judgment in favor of NERA on its account stated claim in the amount of $138,014.28, with pre-judgment interest in the amount of $34,847.39 through June 1, 2011, plus an additional $25.12 a day until judgment is entered; Purolite "C" Corporation ("Purolite") having objected to the dismissal of NERA's breach of contract and quantum meruit claims without prejudice, and having further objecting to any award of pre-judgment interest, and the matter having come before the Honorable Paul G. Gardephe, United States District Judge, and the Court, on January 17, 2012, having rendered its Order denying Plaintiff's application to dismiss its breach of contract and quantum meruit claims without prejudice, and dismissing those claims with prejudice, and directing the Clerk of the Court to enter judgment on Plaintiffs third claim for relief- account stated- in the amount of $138,014.28, reflecting the principal amount of $101,885.77, plus pre-judgment interest in the amount of $36,128.51 through July 20, 2011, and an additional $25.12 in pre-judgment interest applied for each day thereafter until

judgment is entered, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 17, 2012, Plaintiff's application to dismiss its breach of contract and quantum meruit claims without prejudice is denied, and those claims are dismissed with prejudice; judgment is entered on Plaintiff's third claim for relief- account stated- in the amount of $138,014.28, reflecting the principal amount of $101,885.77, plus pre-judgment interest in the amount of $36,128.51 through July 20, 2011; and an additional $25.12 in pre-judgment interest is applied for each day thereafter until judgment is entered of $4,596.96 for a total sum of $142,611.24.

**Dated:** New York, New York
January 19, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____