USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3\9\12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NATIONAL ECONOMIC RESEARCH
ASSOCIATES, INC.,

                Plaintiff,

- against -

PUROLITE AC@ CORPORATION d/b/a
THE PUROLITE COMPANY,

                Defendant

----------------------------------------------------------X

Civil Action No. 08-7600 (PGG)

**SATISFACTION OF JUDGMENT**

#12,0059

**WHEREAS**, a judgment was entered in the above entitled action on the 19th day of January, 2012, in favor of NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC., and against PUROLITE "C" CORPORATION d/b/a THE PUROLITE COMPANY in the amount of $142,611.24, plus interest from the 20th day of July, 2011 with costs to be taxed, and costs not having been taxed, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       March 7, 2012

                                        SEYFARTH SHAW LLP

                                        By: _____
                                        DONALD R. DUNN, JR., ESQ.
                                        Attorneys for Plaintiff
                                        620 Eighth Avenue
                                        New York, NY 10018-1405
                                        Telephone: (212) 218-5500

STATE OF NEW YORK )
                  ss.:
COUNTY OF NEW YORK )

On the 7th day of March, 2012 before me personally came DONALD R. DUNN, JR., ESQ. to me known and known to be a member of the firm of SEYFARTH SHAW LLP, attorneys for plaintiff in the above entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

CAROLYN A. YLAGAN
Notary Public, State of New York
No. 01YL6064831
Qualified in Kings County
Commission Expires Oct. 1, 2013